# FILED

07/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0323

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## CASE NO. DA 24-0323

MUSSELSHELL DITCH COMPANY,

        Appellee/Plaintiff,

vs.

JD BAR D, LLC, JAMES D. HARRIS,
AND JODY WACKER,

        Appellants/Defendants/
        Counterclaimants.

---

## ORDER GRANTING EXTENSION OF TIME
## TO FILE OPENING BRIEF

---

Pursuant to the Appellants' unopposed motion, under Rule 26(1), Mont.R.App.P.,

**IT IS HEREBY ORDERED** that the Appellants are granted an extension of 30 days from the current deadline to file their opening brief. The initial deadline for filing said brief was July 5, 2024, and the new deadline is August 5, 2024.

For the Court,

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 2 2024